# EXHIBIT A

Date Filed 8/2/2024 2:23 PM
Superior Court - Middlesex
Docket Number

1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss SUPERIOR COURT

| | | |
|---|---|---|
| ROBERTA SPENCE, Plaintiff, | ) | 8/2/2024 MG RECEIVED |
| v. | ) | C.A. NO. 2481CV2057 |
| TARGET CORPORATION, Defendant. | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**PARTIES**

1. The Plaintiff, Roberta Spence (hereinafter "Plaintiff"), is a citizen of the state of New Hampshire and resides at 70 Jericho Road, Pelham, NH 03076.

2. The Defendant, Target Corporation (hereinafter "Defendant"), is a foreign corporation organized under the laws of the state of Minnesota with a principal office located at 1000 Nicollet Mall, Minneapolis, MN 55403. Target Corporation may be served through its registered agent, C T Corporation System at 155 Federal Street, Suite 700, Boston, MA 02110.

**FACTS**

3. Plaintiff incorporates by reference paragraphs 1-2 of this Complaint.

4. At all times relevant to this Complaint, Defendant owned, leased, managed, controlled, occupied, possessed, maintained, and/or had the right to control the Target store at 210 Ballardvale Street, Wilmington, MA 01887 (the "Premises").

5. On or about March 12, 2023, the Plaintiff was lawfully at the Premises as a business invitee.

6. After concluding her shopping trip, Plaintiff proceeded to the exit of the store.

7. Unbeknownst to the Plaintiff, the metal threshold at the exit of the store protruded out

Date Filed 8/2/2024 2:23 PM
Superior Court - Middlesex
Docket Number

above the carpet, which caused the Plaintiff to trip and fall forcefully to the ground.

8. On or about March 12, 2023, the Plaintiff, while at all material times in the exercise of due care, was caused to trip and fall due to a protruding metal threshold at the exit

9. Due to the trip and fall, the Plaintiff sustained bodily injuries, including, but certainly not limited to: a right shoulder greater tuberosity avulsion fracture, right torn rotator cuff, right ulnar styloid fracture, right knee abrasion, right foot pain, and left shoulder pain.

**COUNT 1- NEGLIGENCE**

10. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 9 of this Complaint as though specifically stated herein.

11. At all times relevant to this Complaint, the Plaintiff was legally at the Premises.

12. At all times relevant to this Complaint, the Defendant was legally responsible for the management and maintenance of the Premises.

13. On or about March 12, 2023, Defendant owed the Plaintiff a duty to act reasonably and safely in the management and maintenance of the Premises.

14. On said date, Defendant breached the duty of care owed to the Plaintiff by creating a dangerous and defective condition that they knew or should have known would cause personal injuries to patrons, like the Plaintiff.

15. At all times material hereto, Defendant, through its principals, agents, servants, employees, and/or representatives, was negligent and careless as to the Plaintiff in one or more of the following ways:

   a. in failing to maintain the Premises in a reasonably safe and proper condition for the Plaintiff;

   b. in failing to adequately warn the Plaintiff of the unsafe condition that caused the

above the carpet, which caused the Plaintiff to trip and fall forcefully to the ground.

8. On or about March 12, 2023, the Plaintiff, while at all material times in the exercise of due care, was caused to trip and fall due to a protruding metal threshold at the exit

9. Due to the trip and fall, the Plaintiff sustained bodily injuries, including, but certainly not limited to: a right shoulder greater tuberosity avulsion fracture, right torn rotator cuff, right ulnar styloid fracture, right knee abrasion, right foot pain, and left shoulder pain.

**COUNT 1- NEGLIGENCE**

10. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 9 of this Complaint as though specifically stated herein.

11. At all times relevant to this Complaint, the Plaintiff was legally at the Premises.

12. At all times relevant to this Complaint, the Defendant was legally responsible for the management and maintenance of the Premises.

13. On or about March 12, 2023, Defendant owed the Plaintiff a duty to act reasonably and safely in the management and maintenance of the Premises.

14. On said date, Defendant breached the duty of care owed to the Plaintiff by creating a dangerous and defective condition that they knew or should have known would cause personal injuries to patrons, like the Plaintiff.

15. At all times material hereto, Defendant, through its principals, agents, servants, employees, and/or representatives, was negligent and careless as to the Plaintiff in one or more of the following ways:

a. in failing to maintain the Premises in a reasonably safe and proper condition for the Plaintiff;

b. in failing to adequately warn the Plaintiff of the unsafe condition that caused the

Plaintiff's injuries;

c. in failing to erect barriers or other structures to prevent the Plaintiff from coming in contact with the unsafe condition;

d. in other ways not yet known to the Plaintiff but that might be discovered as the case progresses.

16. The incident was caused solely and exclusively by reason of the negligence of the Defendant, individually and/or through their agents, servants or employees, and was caused in no manner whatsoever by any act or failure to act on the part of the Plaintiff.

17. As a result of the negligence of the Defendant herein, the Plaintiff was seriously injured, to wit: including, but not limited to a right shoulder greater tuberosity avulsion fracture, right torn rotator cuff, right ulnar styloid fracture, right knee abrasion, right foot pain, and left shoulder pain.

18. As a further result of the negligence of the Defendant herein, the Plaintiff has endured a great expense for medical treatment, and will for an indefinite time in the future be obliged to expend further monies in an effort to cure herself of the injuries she has suffered, all to her great detriment and loss.

19. As a direct and proximate result of the Defendant's breach of the duty of due care, and of the Defendant's negligence and carelessness, the Plaintiff has suffered, and continues to suffer, bodily injury along with other compensable harms and losses.

**WHEREFORE**, the Plaintiff, Roberta Spence, demands judgment as against Defendant, Target Corporation, in full, fair, and adequate amount to compensate the Plaintiff for all of the Plaintiff's incident-related harms and losses, together with interest and costs.

Date Filed 8/2/2024 2:23 PM
Superior Court - Middlesex
Docket Number

**JURY DEMAND**

The Plaintiff hereby claims Plaintiff's right to a trial by jury of all claims so triable asserted at any time, and of all defenses asserted at any time by any current or future-named defendant.

Dated: August 2, 2024

Respectfully submitted,

The Plaintiff,
**ROBERTA SPENCE,**
By her Attorney,

/s/ Gregory M. Noble
Gregory M. Noble, Esq. BBO#: 683230
Morgan & Morgan
155 Federal Street, Suite 1502
Boston, MA 02109
T: (781) 464-4108
F: (781) 464-4158
Gregory.Noble@forthepeople.com